UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAKEE SHAKIR,

          Plaintiff,

v.

DANIEL T. SATTERBERG, *et al.*,

          Defendants.

Case No. C18-0715 RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted;

(2)     Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a cognizable ground for relief;

(3)     Plaintiff's motion for appointment of counsel (Dkt. 9) is DENIED; and

//

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 10th day of August 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2